KENNETH H. JOHNSON v. WANDA B. GARWOOD AND HUSBAND, JOHN GARWOOD; PEGGY B. NEWSOM AND HUSBAND, CHARLES NEWSOM; KAYE B. MANN AND HUSBAND, ROBERT LEWIS MANN

No. 8025SC387

(Filed 4 November 1980)

**Appeal and Error § 6.2– partial new trial on damages issue – no appeal**

Defendant may not appeal from an order directing a new trial solely on the issue of damages.

APPEAL by defendants from *Collier, Judge.* Order entered 19 November 1979 in Superior Court, CATAWBA County. Heard in the Court of Appeals 15 October 1980.

This is a civil action in which plaintiff seeks actual and punitive damages for defendants' alleged wrongful conveyance of property to a third party. Plaintiff's evidence tended to show his deed to defendants was in reality a mortgage while defendants' evidence suggested a deed absolute from plaintiff coupled with an option to repurchase. Defendants' motion for a directed verdict on the issue of punitive damages was allowed. A directed verdict was also granted dismissing the case as against defendants John Garwood, Charles Newsom, and Robert Lewis Mann. The jury returned a verdict in favor of

Britt v. Britt

plaintiff as to the remaining defendants, awarding $313.00 in damages. The judge set aside the damage award as being against the greater weight of the evidence and ordered a new trial as to the amount of damages only. Defendants appeal from the judge's refusal to grant a new trial as to all the issues.

*No counsel for plaintiff appellee.*

*Patrick, Harper & Dixon, by Stephen M. Thomas, for defendant appellants.*

ARNOLD, Judge.

By this purported appeal we are again presented with an attempt to appeal from an order granting a new trial solely as to the issue of damages. Such an order is interlocutory and there is no immediate right of appeal. *Industries, Inc. v. Insurance Co.*, 296 N.C. 486, 251 S.E. 2d 443 (1979).

While G.S. 1-277(a) provides that "[a]n appeal may be taken from every judicial order or determination . . . which grants or refuses a new trial," this Court has observed that an order granting only a partial new trial is not subject to immediate appellate review. *Insurance Co. v. Dickens*, 41 N.C. App. 184, 254 S.E. 2d 197 (1979). Defendant may not appeal from the order directing a new trial solely on the issue of damages.

Appeal dismissed.

Judges HEDRICK and HILL concur.